# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTER DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PAULETTE THOMPSON | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO.  1:20-cv-4344 |
| v. | ) | |
| | ) | |
| | ) | |
| CITY OF JOHNS CREEK, GEORGIA and | ) | |
| CHRISTOPHER BYERS, in his individual | ) | |
| capacity | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW David A. Cole, of the law firm of Freeman Mathis & Gary, LLP, pursuant to LR 83.1(D)(1), NDGa, and hereby gives notice of his appearance as counsel for Defendant City of Johns Creek, Georgia in the above-referenced case.

This 11th day of November, 2020.

                                                Respectfully submitted,

                                                **FREEMAN MATHIS & GARY, LLP**

                                                */s/ David A. Cole*
                                                David A. Cole
                                                Georgia Bar No. 142383
                                                100 Galleria Parkway, Suite 1600
                                                Atlanta, GA 30339-5948
                                                E: dcole@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEARANCE** to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to all counsel of record:

>Eleanor Mixon Attwood
>**LEGARE, ATTWOOD & WOLFE, LLC**
>Decatur Town Center Two
>125 Clairemont Avenue
>Suite 380
>Atlanta, GA 30361

This 11th day of November, 2020.

>*/s/ David A. Cole*
>David A. Cole
>Georgia Bar No. 142383
>FREEMAN MATHIS & GARY, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, GA 30339-5948
>T: (770) 818-0000
>F: (770) 937-9960
>E: dcole@fmglaw.com