# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PAULETTE THOMPSON | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-4344 |
| v. | ) | |
| | ) | |
| | ) | |
| CITY OF JOHNS CREEK, GEORGIA and | ) | |
| CHRISTOPHER BYERS, in his individual | ) | |
| capacity | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Timothy Boughey, of the law firm of Freeman Mathis & Gary, LLP, pursuant to LR 83.1(D)(1), NDGa, and hereby gives notice of his appearance as counsel for Defendant City of Johns Creek, Georgia in the above-referenced case.

This 11th day of November, 2020.

                                                                         Respectfully submitted,

                                                                          **FREEMAN MATHIS & GARY, LLP**

                                                                          */s/ Timothy Boughey*
                                                                          Timothy Boughey
                                                                          Georgia Bar No. 832112
                                                                          100 Galleria Parkway, Suite 1600
                                                                          Atlanta, GA 30339-5948
                                                                          E: tboughey@fmglaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEARANCE** to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to all counsel of record:

>Eleanor Mixon Attwood
>**LEGARE, ATTWOOD & WOLFE, LLC**
>Decatur Town Center Two
>125 Clairemont Avenue
>Suite 380
>Atlanta, GA 30361

This 11th day of November, 2020.

>*/s/ Timothy Boughey*
>Timothy Boughey
>Georgia Bar No. 832112
>FREEMAN MATHIS & GARY, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, GA 30339-5948
>T: (770) 818-0000
>F: (770) 937-9960
>E: tboughey@fmglaw.com