IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAULETTE THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:20-cv-04344-SDG-JKL |
| CITY OF JOHNS CREEK, | ) | |
| GEORGIA; and CHRISTOPHER | ) | |
| BYERS, in his Individual Capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF HARVEY S. GRAY

Comes now Harvey S. Gray of the law firm of Gray, Rust, St. Amand, Moffett & Brieske, L.L.P. and, pursuant to L.R. 83.1D(1), hereby makes his entry of appearance as counsel for defendant Christopher Byers the above-styled case.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-point Times New Roman.

This 28th day of December, 2020.

/s/ Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
*Attorney for Defendant Byers*

-2-

Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA  30326
(404) 870-7376
(404) 870-7374 (Fax)
hgray@grsmb.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically served the foregoing **Notice of Appearance of Harvey S. Gray** by filing the same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 28th day of December, 2020.

/s/ Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
*Attorney for Defendant Byers*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA  30326
(404) 870-7376
(404) 870-7374 (Fax)
hgray@grsmb.com