IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULETTE THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF JOHNS CREEK, ) <br> GEORGIA; and CHRISTOPHER ) <br> BYERS, in his Individual Capacity, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br><br> 1:20-cv-04344-SDG-JKL |

## NOTICE OF APPEARANCE OF ALEX JOSEPH

Comes now Alex Joseph of the law firm of Gray, Rust, St. Amand, Moffett & Brieske, LLP and, pursuant to L.R. 83.1D(1), hereby makes an entry of appearance as additional counsel for defendant Christopher Byers in the above-styled case.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-point Times New Roman.

This 28th day of December, 2020.

/s/ Alex Joseph
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendant Byers*

-2-

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing **NOTICE OF APPEARANCE OF ALEX JOSEPH** by filing the same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 28th day of December, 2020.

/s/ Alex Joseph
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendant Byers*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com