# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| PAULETTE THOMPSON, | ) | CIVIL ACTION FILE |
|  | ) | NO. 1:20-cv-04344-SDG-JKL |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | JURY TRIAL DEMANDED |
| CITY OF JOHNS CREEK, GEORGIA, | ) |  |
| and CHRISTOPHER BYERS, in his | ) |  |
| individual capacity, | ) |  |
| Defendants | ) |  |
|  | ) |  |

## ORDER

Having considered the foregoing **CONSENT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND DEFENDANTS' MOTIONS TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT**, and for good cause shown, this MOTION is granted.   Deadlines to file **RESPONSE** is extended through and including Monday, February 1, 2021.

SO ORDERED, this _____ day of _____, 2021.

_____
The Honorable John K. Larkins III
U.S. Magistrate Judge