## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| PAULETTE THOMPSON, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-04344-SDG-JKL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| CITY OF JOHNS CREEK, GEORGIA, | ) | |
| and CHRISTOPHER BYERS, in his | ) | |
| individual capacity, | ) | |
| Defendants | ) | |
| | ) | |

## SECOND CONSENT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT

COMES NOW Plaintiff and hereby files this Consent Motion to extend the deadline to Respond to Defendants' Joint Motion to Dismiss and Memorandum of Law in Support. The current extended deadline to file the response is Monday, February 1, 2021.  Plaintiff now request another 14-day extension through and including Monday, February 15, 2021.   In short, Plaintiff's counsel has other intervening tasks in other matters and needs the extra time to deal with the motion. A proposed Order is attached for the Court's convenience.

Respectfully submitted on January 21, 2021.

.

1

*/s/ Eleanor M. Attwood*
Eleanor M. Attwood
Georgia Bar No. 514014
Legare, Attwood & Wolfe, LLC
Decatur Town Center Two
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
T: (470) 823-4000
F: (470) 201-1212
Email:emattwood@law-llc.com

*Attorney for Plaintiff*

Consented to:

*/s/David A. Cole*
David A. Cole
Georgia Bar No. 142383
TIMOTHY M. BOUGHEY
Georgia Bar No. 832112

*Attorney for Defendant City of Johns Creek*

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**

*/s/Harvey S. Gray*
Harvey S. Gray
Georgia Bar No. 305383
Alex Joseph
Georgia Bar No. 590921

*Attorney for Defendant Chris Byers*

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PAULETTE THOMPSON, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-04344-SDG-JKL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| CITY OF JOHNS CREEK, GEORGIA, | ) | |
| and CHRISTOPHER BYERS, in his | ) | |
| individual capacity, | ) | |
| Defendants | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed the foregoing **SECOND CONSENT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT** with the Clerk of Court using the CM/ECF system which will automatically send email or other notification of such filing to the following attorneys of record:

> David A. Cole
> Timothy M. Boughey
> Harvey S. Gray
> Alex Joseph

> */s/ Eleanor M. Attwood*
> Eleanor M. Attwood
> Georgia Bar No. 514014