## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PAULETTE THOMPSON,              ) | CIVIL ACTION FILE |
| ) | NO. 1:20-cv-04344-SDG-JKL |
| Plaintiffs,              ) | |
| ) | |
| v.              ) | JURY TRIAL DEMANDED |
| CITY OF JOHNS CREEK, GEORGIA,              ) | |
| and CHRISTOPHER BYERS, in his              ) | |
| individual capacity,              ) | |
| Defendants              ) | |
| ) | |

## ORDER

Having considered the foregoing **JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND DEFENDANTS' JOINT MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT**, and for good cause shown, this MOTION is granted.   Deadlines to file **RESPONSE** is extended through and including Monday, March 1, 2021.

SO ORDERED, this _____ day of _____, 2021.

_____
The Honorable John K. Larkins III
U.S. Magistrate Judge