**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **PAULETTE THOMPSON,** )<br>)<br>   **Plaintiffs,** )<br>)<br>)  **Civil Action File No.**<br>**v.**   )  **1:20-cv-04344-SDG-JKL**<br>)<br>**CITY OF JOHNS CREEK, GEORGIA,** )<br>**and CHRISTOPHER BYERS, in his** )<br>**individual capacity,** )<br>)<br>   **Defendants.** ) | |

**THIRD CONSENT MOTION TO EXTEND**
**PLAINTIFF'S DEADLINE TO RESPOND TO**
**DEFENDANTS' JOINT MOTION TO DISMISS**
**AND MEMORANDUM OF LAW IN SUPPORT**

COME NOW, Plaintiff Paulette Thompson and Defendant City of John Creek, and hereby file this consent motion to extend the deadline for Plaintiff to respond to Defendants' Respond to Defendants' Joint Motion to Dismiss and Memorandum of Law in Support. (Doc. 8.) The current extended deadline for Plaintiff to file her response is Monday, March 15, 2021. The parties now request another extension, through and including Wednesday, March 31, 2021, for the purpose of completing their mediation of this case.  A proposed Order is attached for the Court's convenience.

1

Respectfully submitted this 15th day of March, 2021.

*/s/ Eleanor M. Attwood*
Eleanor M. Attwood
Georgia Bar No. 514014
Legare, Attwood & Wolfe, LLC
Decatur Town Center Two
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
T: (470) 823-4000
F: (470) 201-1212
Email: emattwood@law-llc.com

*Attorney for Plaintiff*

Consented to:

*/s/David A. Cole*
David A. Cole
Georgia Bar No. 142383
Timothy T. Boughey
Georgia Bar No. 832112
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
Email: dcole@fmglaw.com

*Attorney for Defendant City of Johns Creek*