# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PAULETT THOMPSON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action File No.** |
| v. ) | **1:20-cv-04344-SDG-JKL** |
| ) | |
| **CITY OF JOHNS CREEK, GEORGIA,** ) | |
| **and CHRISTOPHER BYERS, in his** ) | |
| **individual capacity,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on the parties' Third Consent Motion to Extend Plaintiff's Deadline to Respond to Defendants' Joint Motion to Dismiss the Complaint. For the reasons stated in the motion and for good cause shown, the motion is GRANTED. Plaintiff shall have through and including March 31, 2021 in which two file and serve her response to the Defendant's Joint Motion to Dismiss the Complaint (Doc. 8).

SO ORDERED this _____ day of March, 2021.

_____
Hon. John K. Larkins, III
U.S. District Court for the Northern District of Georgia