# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAULETTE THOMPSON, ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | **Civil Action File No.** |
| v. ) | **1:20-cv-04344-SDG-JKL** |
| ) | |
| CITY OF JOHNS CREEK, GEORGIA, ) | |
| and CHRISTOPHER BYERS, in his ) | |
| individual capacity, ) | |
| ) | |
|    **Defendants.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant Federal Rule of Civil Procedure 41(a)(1)(ii), the Plaintiff Paulette Thompson and the Defendants City of Johns Creek, Georgia and Christopher Byers, hereby dismiss the above-captioned civil action with prejudice, each party to pay its own fees, expenses, and costs.

Stipulated to and submitted this March 30, 2021.

| | |
|---|---|
| *s/ Eleanor M. Attwood* | *s/David A. Cole* |
| Eleanor M. Attwood | David A. Cole |
| Georgia Bar No. 514014 | Georgia Bar No. 142383 |
| Legare, Attwood & Wolfe, LLC | Timothy T. Boughey |
| Decatur Town Center Two | Georgia Bar No. 832112 |
| 125 Clairemont Avenue, Suite 380 | FREEMAN MATHIS & GARY, LLP |
| Decatur, Georgia 30030 | 100 Galleria Parkway, Suite 1600 |
| T: (470) 823-4000 | Atlanta, GA 30339 |
| F: (470) 201-1212 | T: (770) 818-0000 |

Email: emattwood@law-llc.com

*Attorney for Plaintiff Paulette Thompson*

F: (770) 937-9960
Email: dcole@fmglaw.com

*Attorneys for Defendant City of Johns Creek*

*s/ Harvey S. Gray*
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA  30326
T: (404) 870-7376
F: (404) 870-7374
Email: hgray@grsmb.com

*Attorneys for Defendant Christopher Byers*